IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL WAYNE ISLEY,            )
                                )
          Petitioner,            )
                                )     1:12CV281
     v.                          )     1:05CR216-2
                                )
UNITED STATES OF AMERICA,        )
                                )
          Respondent.            )

RECOMMENDATION AND ORDER
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted a document [Doc. #119] entitled "Petitioner Moves for Modification of Sentence Base[d] on the Supreme Court Ruling in Abbott V. United States, and United States V. Almany." In that document he seeks to attack the sentence he received in this Court. The document Petitioner has filed is not a proper method for raising such a claim. Instead, this type of claim would have to be brought in a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Therefore, the Court construes Petitioner's current submission as being such a motion. Unfortunately, the Motion cannot be further processed because court records reveal that Petitioner has previously attacked the same conviction and sentence in a § 2255 motion [Doc. #85]. Consequently, Petitioner must move in the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current Motion. This is required by 28 U.S.C.

§ 2255 and 28 U.S.C. § 2244. Because of this pleading failure, this particular Motion should be filed and then dismissed.

IT IS THEREFORE RECOMMENDED that this action be filed and then dismissed *sua sponte* for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the Court of Appeals for the Fourth Circuit as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

IT IS ORDERED that the Clerk send Petitioner a copy of this Recommendation, instruction forms for filing § 2255 motions in this Court and Motions for Authorization in the Court of Appeals, and four copies of § 2255 motion forms (more copies will be sent on request). Petitioner should keep the original and two copies of the § 2255 motion, which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

This, the 27th day of March, 2012.

/s/ Joi Elizabeth Peake<br>United States Magistrate Judge