IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL WAYNE ISLEY,               )
                                   )
                    Petitioner,    )
                                   )
          v.                       )     1:12CV281
                                   )     1:05CR216-2
UNITED STATES OF AMERICA,          )
                                   )
                    Respondent.    )


ORDER

On March 27, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #122] to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #120] which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is DISMISSED *sua sponte* for failure to obtain certification for this 28 U.S.C. § 2255 application by filing a Motion for Authorization in the Court of Appeals for the Fourth Circuit as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d), and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling,

a certificate of appealability is DENIED.

This the 23rd of February, 2015.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge